# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAXIMILLIAN CHISICK,**<br><br>  Plaintiff,<br><br>  *v.*<br><br>**VALLEY FORGE MILITARY ACADEMY AND COLLEGE**<br><br>  Defendants. | **CIVIL ACTION**<br><br>**NO. 19-1073-KSM** |

## ORDER

**AND NOW**, this 19th day of January, 2021, the parties having informed the Court that they have settled this matter; accordingly, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** pursuant to agreement of counsel without costs pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court.[1] The Court shall retain jurisdiction for a period of ninety (90) days while the parties memorialize their settlement agreement; and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ KAREN SPENCER MARSTON

_____

KAREN SPENCER MARSTON, J.

---

[1] Rule 41.1(b) provides that any dismissal order entered "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c)." E.D. Pa. Loc. Civ. R. 41.1(b).